**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**William SHORTER, Jr., Defendant–**
**Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**William Shorter, Jr., Defendant–**
**Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**William Shorter, Jr., Defendant–**
**Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**William Shorter, Jr., Defendant–**
**Appellant.**

**Nos. 02–6077, 02–6121, 02–6078, 02–6107.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 21, 2002.

Decided March 29, 2002.

William Shorter, Jr., Appellant Pro Se. Morris Rudolph Parker, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

William Shorter, Jr., appeals the district court's orders denying his motions for stenographic notes and records relating to three of his co-conspirators: Lebby,

Brown, and Roberts. He also appeals the district court's order denying his motion for reconsideration of the court's Aug. 27, 2001, order denying access to records. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Shorter*, No. CA–98–192–A (E.D. Va. filed Dec. 21, 2001 & entered Dec. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*